Stephanie Pollan, OSB #064736
Attorney at Law
9900 SW Wilshire St. Suite 140
Portland, Oregon 97225
Tel: (503) 206-5292
stephanie@stephaniepollanlaw.com

CJA Panel Attorney for Roberto Perez Molina

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

ROBERTO PEREZ MOLINA,

                    Defendant.

Case No. 3:25-cr-00294-AB

DEFENDANT ROBERTO PEREZ
MOLINA SENTENCING
MEMORANDUM

Defendant, Roberto Perez Molina, through his attorney Stephanie Pollan, hereby submits

the following sentencing memorandum for the Court's review and consideration in determining a

sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a).

Sentencing is scheduled for May 4, 2026, at 2:00 p.m.  Mr. Perez Molina is in custody at Columbia

County Jail and will have served ten months in custody at the time of sentencing.

For the reasons set forth below, and for reasons that will be presented at the sentencing

hearing, this Court should sentence Mr. Perez Molina to time served followed by one year of

supervised release.

Page 1    DEFENDANT ROBERTO PEREZ MOLINA SENTENCING MEMORANDUM

On January 30, 2026, Mr. Perez Molina pleaded guilty to one count of Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b). The offense conduct is accurately outlined in the presentence report (PSR). Mr. Perez Molina agrees with the PSR offense level and the criminal history category computations.  Mr. Perez Molina has no objection to the proposed conditions of supervision.

Mr. Perez Molina spent the last five years of his life in prison for three separate convictions and sentences for Reentry of Removed Alien in violation of 8 U.S.C. § 1326. Nine of his criminal history points result from those convictions. One contributing factor to this criminal cycle is that when Mr. Perez Molina was a teenager he fell in love with a United States citizen he had known since they were children.  The couple share two teenage children who are also US citizens and live with their mother in Colorado. Mr. Perez Molina's attempts to be with his children and their mother ultimately resulted in him being unavailable in many meaningful ways due to his frequent incarceration. Despite his physical absence, Mr. Perez Molina has done his best to be a consistent parent by writing to his kids and talking to them as often as he can. Mr. Perez Molina's positive impact on his children's lives, even in its limited capacity, is why his ex-wife supports him having a relationship with his children.  It is also why she has committed herself to facilitating visits when Mr. Perez Molina returns to permanently live in Mexico.  Mr. Perez Molina has recently come to the realization that being able to spend limited time in person with his children in Mexico is better than the limited access the children have to him in prison in the United States.

Mr. Molina is motivated stay out of prison for his family; however he is also aware that the specific conviction before the Court makes it unsafe for him to ever serve time again in prison. Immediately after the incident, Mr. Molina Perez was placed in segregation in the Special Housing Unit (SHU).  The next day an FCI Sheridan Special Investigative Services Technician spoke to an

Page 2    DEFENDANT ROBERTO PEREZ MOLINA SENTENCING MEMORANDUM

identified inmate who was housed with Mr. Perez Molina before he was relocated to SHU. This inmate was not a witness to the incident but is considered "a good standing member of the Hispanic inmate population at FCI Sheridan".[1]

The inmate stated, "Yes we (Hispanic inmates) know about what he did to that lady (referencing staff). You know we don't approve of that kind of behavior; he is no good and is not welcome on this yard anymore (indicating that inmate Perez-Molina is now in bad standing and would be assaulted if released to general population). He (inmate Perez-Molina) never talked about anything like that; it was a surprise to us (Hispanic inmates)."[2]

Mr. Perez Molina recognizes that the only positive outcome of his conviction and underlying crime and is that it will serve as additional motivation to ensure he never returns to the United States.

Mr. Perez Molina is remorseful for his conduct and the impact it caused the AV which he plans to address at sentencing. Mr. Perez Molina will stipulate to the restitution request of the AV for ten sessions of medical massages, four which have been completed and six which will be completed in the future for a total of $1,130.00.

Mr. Perez Molina will once again be removed from the United States following his sentence.  He has served ten months, or the equivalent of a twelve-month, one day BOP sentence with 54 days of good time which is one guideline level below the government's recommendation. A time served sentence avoids a potential safety risk and is practical, eliminating the need for time calculation, designation, and transportation to a BOP facility for a short time before Mr. Perez Molina's imminent removal by immigration.

---

[1] Inmate Investigative Report authored by Johnathan Ledford p.3
[2] *Id.*

Page 3    DEFENDANT ROBERTO PEREZ MOLINA SENTENCING MEMORANDUM

**I.     Conclusion**

For the reasons stated above, a sentence of time served followed by one year of supervised release with all conditions outlined in the PSR is sufficient but not greater than necessary to achieve the purposes of sentencing.

Respectfully Submitted this 29th day of April, 2026

/s/Stephanie Pollan
Stephanie Pollan #064736
Attorney for Defendant Roberto Perez Molina